The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS DULTRA GUNKEL,<br><br>Plaintiff,<br>v.<br><br>TODD BLANCHE,[1] *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01053-RSL<br><br>STIPULATED MOTION TO STAY AND ORDER |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 60 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

[1] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Acting U.S. Attorney General Todd Blanche for Pamela Bondi.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With an additional 60 days, the claims in this litigation may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiff will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed for 60 days. The parties will submit a joint status report on or before the end of this period.

DATED this 3rd day of June, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 213 words, in compliance with the Local Civil Rules.

*s/ Brandon S. Gillin*
BRANDON S. GILLIN, WSBA No. 44761
GILLIN LAW GROUP, PLLC
19910 50th Ave W, Ste 205
Lynnwood, WA 98036
Phone: 425-947-1130
Fax: 888-502-1203
Email: brandon@gillinlaw.com

*Attorney for Plaintiff*

**ORDER**

The case is stayed. The parties shall submit a status update within 60 days of this Order. It is so **ORDERED**.

Dated this 4th day of June, 2026.

ROBERT S. LASNIK
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970