The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS DULTRA GUNKEL,<br><br>Plaintiff,<br>v.<br><br>TODD BLANCHE,[1] *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01053-RSL<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff Jesus Dultra Gunkel brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the United States Citizenship and Immigration Services (USCIS) to schedule an interview for and adjudicate Plaintiff's Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant. USCIS has done so, and therefore this case is now moot.

//

//

[1] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Acting U.S. Attorney General Todd Blanche for Pamela Bondi.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 15th day of July, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 84 words, in compliance with the Local Civil Rules.

*s/ Brandon S. Gillin*
BRANDON S. GILLIN, WSBA No. 44761
GILLIN LAW GROUP, PLLC
19910 50th Ave W, Ste 205
Lynnwood, WA 98036
Phone: 425-947-1130
Fax: 888-502-1203
Email: brandon@gillinlaw.com

*Attorney for Plaintiff*

**ORDER**

It is so **ORDERED**. This case is dismissed without prejudice.

Dated this 16th day of July, 2026.

ROBERT S. LASNIK
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970